# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SEAN M. PRICE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 16-cv-00817-JPG-DGW |
| D. HUGGINS, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 16) of Magistrate Judge Donald G. Wilkerson with regard to Defendant's Motion (Doc. 14) for Summary Judgment. There were no objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 16) and **GRANTS** Defendant Huggins' Motion (Doc. 14) for Summary Judgment based on Plaintiff's failure to Exhaust his Administrative Remedies. This matter is **DISMISSED** without prejudice.

The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:**  5/8/2017

<u>*s/J. Phil Gilbert*</u>
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**