# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SEAN M. PRICE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 16-cv-00817-JPG-DGW |
| D. HUGGINS, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendant **D. Huggins** for groping Plaintiff during a pat-down search and engaging in a pattern of verbal harassment in violation of the 8th Amendment and for interfering with Plaintiff's mail in violation of the 1st Amendment are dismissed without prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendant **D. Huggins** and against plaintiff **Sean M. Price** on his claims for groping Plaintiff during a pat-down search and engaging in a pattern of verbal harassment in violation of the 8th Amendment and for interfering with Plaintiff's mail in violation of the 1st Amendment.

**DATED:** 5/8/2017

                                                                         **Justine Flanagan**
                                                                         **Acting Clerk of Court**
                                                                         *s/Tina Gray*, **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
                      **J. PHIL GILBERT**
                      **U.S. DISTRICT JUDGE**